IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA STONEBACK,<br>           Plaintiff,<br><br>   v.<br><br>ARTSQUEST, ET AL.,<br>           Defendants. | CIVIL ACTION NO. 12-3286 |

## ORDER

**AND NOW**, this 17th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion to Strike Plaintiff's Jury Demand (ECF #3) is **DENIED** without prejudice;

2. Defendant's Motion for a More Definite Statement (ECF #4) is **GRANTED IN PART AND DENIED IN PART**; and

3. Within fourteen (14) days, Plaintiff shall file an amended complaint containing a more definite statement of her claim that she was terminated in violation of the public policy of Pennsylvania.

                                                              **BY THE COURT:**

                                                              /s/ Michael M. Baylson
                                                              _____
                                                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-3286 Stoneback v. ArtsQuest\12cv3286.Order re Mots. to Strike and 12(e).wpd